# United States District Court
# Eastern District of California

FRANCISCO SANTIAGO, Mario

Plaintiff(s)

V.

BLANCHE, et al.

Defendant(s)

Case Number: 1:26-cv-05347-TLN-JDP

APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Jan Peter Weiss hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

FRANCISCO SANTIAGO v. BLANCHE, et al.

On 05/19/1980 (date), I was admitted to practice and presently in good standing in the State of Florida (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☑ I have / ☐ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

1:26-cv-04787-DJC-SCR (HC) Gomez-Luviano v. Blanche; pending

Date: 07/08/2026 Signature of Applicant: /s/ Jan Peter Weiss

**Pro Hac Vice Attorney**

Applicant's Name: Jan Peter Weiss

Law Firm Name: Law Offices of Jan Peter Weiss

Address: 1926 10th Avenue North

Suite 400

City: Lake Worth State: FL Zip: 33461

Phone Number w/Area Code: (561) 582-6401

City and State of Residence: Lake Worth, FL

Primary E-mail Address: jan@janpweissesq.com

Secondary E-mail Address: mark.diaz@janpweissesq.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Nicolette Glazer Esq.

Law Firm Name: Law Offices of Larry R Glazer

Address: 2121 Avenue of the Stars

8th Floor

City: Century City State: CA Zip: 90067

Phone Number w/Area Code: (310) 735-3478 Bar # #209713

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: July 15, 2026

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE